IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| CAPTAIN KIRKS SOUL KITCHEN, INC. | ) Case No. 15-22111-MER |
| EIN: 45-3721191 | ) Chapter 7 |
| | ) |
| Debtor(s) | ) |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPENSATE
DAVID E. DENNIS, CPA
AS ACCOUNTANT**

THIS MATTER is before the Court on the Motion to Compensate David E. Dennis, CPA as Accountant for the Trustee (the "Motion"). The Court has reviewed the file, the Motion, and finds cause exists to grant the Motion and to approve the Trustee's request to compensate David E. Dennis, CPA.

IT IS HEREBY ORDERED, the Motion is approved and the Trustee is authorized to compensate David E. Dennis, CPA, as accountant and tax advisor for the Trustee. David E. Dennis, CPA will be compensated $786.00 for fees and $10.00 for expenses incurred for accounting and tax preparation services performed on behalf of the Trustee.

DATED this  24th  day of  August , 2016.

BY THE COURT

The Honorable Michael E. Romero
United States Bankruptcy Judge