UNITED STATES BANKRUPTCY COURT
DISTRICT OF  COLORADO
DENVER  DIVISION

In re: §
 §
CAPTAIN KIRKS SOUL KITCHEN, INC. §    Case No. 15-22111-MER
 §
_____Debtor_____ §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John C. Smiley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 90.62 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 1,936.00 | |

3) Total gross receipts of $ 1,936.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,936.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,732.00 | 1,936.00 | 1,936.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 34,000.00 | 34,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 152,031.00 | 147,611.79 | 147,611.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 152,031.00 | $ 184,343.79 | $ 183,547.79 | $ 1,936.00 |

4) This case was originally filed under chapter 7 on 10/29/2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2017          By:/s/John C. Smiley
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COMMERCIAL RANGE, FRYER, CONVECTION OVEN, TABLETOP MIXER, | 1129-000 | 1,936.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,936.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. Smiley | 2100-000 | NA | 448.70 | 448.70 | 448.70 |
| John C. Smiley | 2200-000 | NA | 288.00 | 288.00 | 288.00 |
| DENNIS & COMPANY, PC | 3310-000 | NA | 796.00 | 786.00 | 786.00 |
| DENNIS & COMPANY, PC | 3320-000 | NA | 796.00 | 10.00 | 10.00 |
| DICKENSHEET & ASSOCIATES | 3610-000 | NA | 96.80 | 96.80 | 96.80 |
| DICKENSHEET & ASSOCIATES | 3620-000 | NA | 306.50 | 306.50 | 306.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,732.00 | $ 1,936.00 | $ 1,936.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Aurora 15151 Alameda Parkway Aurora, CO 80012 | | 0.00 | NA | NA | 0.00 |
| | Colorado Department of Revenue 1375 Sherman Street Room 504 Attention Bankruptcy Unit Denver, CO 80261-0001 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326 | | 0.00 | NA | NA | 0.00 |
| 1 | ANDREW BANNISTER | 5300-000 | NA | 8,000.00 | 8,000.00 | 0.00 |
| 3 | CHELCIE | 5300-000 | NA | 14,000.00 | 14,000.00 | 0.00 |
| 2 | KATRINA GONOZA | 5300-000 | NA | 12,000.00 | 12,000.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 34,000.00 | $ 34,000.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew Bannister c/o Sara A. Green, Esq. 1899 Wynkoop Street Suite 700 Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |
| | Chase Ink 14601 E. Colfax Avenue Unit A Aurora, CO 80011 | | 5,000.00 | NA | NA | 0.00 |
| | EcoLab 5500 Greenwood Plaza Blvd. Englewood, CO 80111 | | 253.00 | NA | NA | 0.00 |
| | Waste Management 3500 S. Gun Club Road Aurora, CO 80018 | | 126.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 4,534.00 | 4,533.92 | 4,533.92 | 0.00 |
| 6 | BELLCO CREDIT UNION | 7100-000 | 13,118.00 | 14,077.87 | 14,077.87 | 0.00 |
| 5 | KAREN WARREN | 7100-000 | 129,000.00 | 129,000.00 | 129,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 152,031.00 | $ 147,611.79 | $ 147,611.79 | $ 0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-22111 | MER | Judge: | Michael E. Romero | Trustee Name: | John C. Smiley |
|---|---|---|---|---|---|---|
| Case Name: | CAPTAIN KIRKS SOUL KITCHEN, INC. | | | | Date Filed (f) or Converted (c): | 10/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2015 |
| For Period Ending: | 05/25/2017 | | | | Claims Bar Date: | 03/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BELLCO CREDIT UNION CHECKING ACCOUNT NO. X-9335 | 0.62 | 0.00 | | 0.00 | FA |
| 2. COMMERCIAL RANGE, FRYER, CONVECTION OVEN, TABLETOP MIXER, TW  LIQUIDATION OF RESTAURANT FURNITURE FIXTURES AND EQUIPMENT BY MR. DICKENSHEET | 7,930.00 | 0.00 | | 1,936.00 | FA |
| 3. MISCELLANEOUS FOOD PRODUCTS AND FOOD INVENTORY | 90.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $8,020.62 | $0.00 | | $1,936.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 6, 2015
APPLICATION TO EMPLOY SELL AND COMPENSTE DICKENSHEET, NOTICE, COS AND PROPOSED ORDER FOR RESTAURANT EQUIPMENT

MAY 19, 2016
ALL DOCUMENTS SENT TO CPA FOR ESTATE TAX RETURNS REQUIRED+
DRAFTED APP TO EMPLOY CPA
MAY 20, 2016
FILED APP TO EMPLOY DENNIS CPA FOR ESTATE TAX RETURNS

JUNE 6, 2016
TAX RETURNS COMPLETED
DRAFT MOTION TO COMPENSATE DENNIS CPA

JUNE 8, 2016
TAX RETURNS MAILED TO STATE OF CO, IRS AND K1 TO DEBTOR

AUGUST 24, 2016
CALLED COURT FOR ORDER ON APP TO COMPENSATE DENNIS CPA

SEPTEMBER 26, 2016
OBJECTION DRAFTED FOR MR. SMILEY'S REVIEW AND APPROVAL RE CLAIM 1 FOR WAGES, DEFICIENT DOCUMENTATION AND CLAIMS WAGES SINCE 2012


Initial Projected Date of Final Report (TFR): 05/01/2017          Current Projected Date of Final Report (TFR): 05/01/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-22111 | Trustee Name: John C. Smiley | |
| Case Name: CAPTAIN KIRKS SOUL KITCHEN, INC. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0782 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1191 | Blanket Bond (per case limit): $47,027,358.00 | |
| For Period Ending: 05/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | 2 | DICKENSHEET AND ASSOCIATES, INC.<br>1501 W WESLEY AVE<br>DENVER, CO 80223 | LIQUIDATION OF RESTAURANT FF&E LIQUIDATION FUNDS FROM SALE OF RESTAURANT FURNITURE, FIXTURES AND EQUIPMENT | 1129-000 | $1,936.00 | | $1,936.00 |
| 02/29/16 | 30001 | DICKENSHEET AND ASSOCIATES, INC.<br>1501 W WESLEY AVE<br>DENVER, CO 80223 | PURSUANT TO ORDER JANUARY 15, 2016 DOCKET NO. 16<br>FEES - $96.80<br>EXPENSES - $306.50 | | | $403.30 | $1,532.70 |
| | | DICKENSHEET & ASSOCIATES | PURSUANT TO ORDER JANUARY 15, 2016 DOCKET NO. 16 ($96.80) | 3610-000 | | | |
| | | DICKENSHEET & ASSOCIATES | PURSUANT TO ORDER JANUARY 15, 2016 DOCKET NO. 16 ($306.50) | 3620-000 | | | |
| 08/25/16 | 30002 | DENNIS & COMPANY, PC<br>8400 E CRESCENT PARKWAY<br>SUITE 600<br>GREENWOOD VILLAGE, CO 80111 | PAYMENT TO CPA PURSUANT TO ORDER DATED AUGUST 24, 2016 DOCKET NO. 26<br>TAX PREPARATION<br>FEES - $786<br>EXP - $10 | | | $796.00 | $736.70 |
| | | DENNIS & COMPANY, PC | PAYMENT TO CPA PURSUANT TO ORDER DATED AUGUST 24, 2016 DOCKET NO. 26 ($10.00) | 3320-000 | | | |
| | | DENNIS & COMPANY, PC | PAYMENT TO CPA PURSUANT TO ORDER DATED AUGUST 24, 2016 DOCKET NO. 26 ($786.00) | 3310-000 | | | |
| 04/21/17 | 30003 | John C. Smiley<br>600 17th Street<br>Denver, CO 80202 | Distribution | | | $736.70 | $0.00 |

| | | | Page Subtotals: | | $1,936.00 | $1,936.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-22111 | Trustee Name: | John C. Smiley |
| Case Name: | CAPTAIN KIRKS SOUL KITCHEN, INC. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0782 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1191 | Blanket Bond (per case limit): | $47,027,358.00 |
| For Period Ending: | 05/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | John C. Smiley | Final distribution representing a payment of 100.00 % per court order APRIL 5, 2017 DOCKET NO 37 ($448.70) | 2100-000 | | | |
| | | John C. Smiley | Final distribution representing a payment of 100.00 % per court order APRIL 5, 2017 DOCKET NO 37 ($288.00) | 2200-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,936.00 | $1,936.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,936.00 | $1,936.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,936.00 | $1,936.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0782 - Checking | $1,936.00 | $1,936.00 | $0.00 |
|  | $1,936.00 | $1,936.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,936.00 |
| Total Gross Receipts: | $1,936.00 |

Page Subtotals: $0.00 $0.00